# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0029. ROSS v. THE STATE.**

Deandre Ross's "Emergency Motion to Reverse Order Denying Petition for Bond" is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  12/22/2017
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*